SEALED

ORIGINAL

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED
NOV 14 2012
CLERK, U.S. DISTRICT COURT
By _____
                Deputy

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | **FILED UNDER SEAL** |
| | § | |
| v. | § | |
| | § | No. 3:12-CR-00211-M |
| NICOLAS A. PADRON (01) | § | (Supersedes Indictment returned |
| JOSE L. MARTINEZ (02) | § | on July 18, 2012) |
| LISA L. HOLLIER (03) | § | |
| JOESEPHIS AUSTIN (04) | § | |
| ALLEN C. BURKINS, JR. (05) | § | |
| PATRICIA A. BRYANT (06) | § | |
| QUINCY C. HAMPTON (07) | § | |
| MARDESY D. HENDERSON (08) | § | |
| WALTER R. HUDSPETH (09) | § | |
| LEROY JOHNSON (10) | § | |
| ALICIA W. SMITH (11) | § | |
| STEPHANIE E. STOKELY (12) | § | |
| DARRYL K. TAYLOR (13) | § | |
| DENNIS J. WADE (14) | § | |
| JERRY D. WADE (15) | § | |
| NELSON L. WALLACE (16) | § | |
| UNTWAN L. WALLACE (17) | § | |

## SUPERSEDING INDICTMENT

The Grand Jury Charges:

### Count One
Conspiracy to Unlawfully Distribute Controlled Substances
(Violation of 21 U.S.C. § 846 (21 U.S.C. § 841))

Beginning on or about September 2010, the exact date being unknown to the

Grand Jury, and continuing to the present, in the Dallas Division of the Northern District

of Texas, and elsewhere, the defendants, **Nicolas A. Padron, Jose L. Martinez, Lisa L.**

Indictment – Page 1

**Hollier, Joesephis Austin, Allen C. Burkins, Jr., Patricia A. Bryant, Quincy C. Hampton, Mardesy D. Henderson, Walter R. Hudspeth, Leroy Johnson, Alicia W. Smith, Stephanie E. Stokely, Darryl K. Taylor, Dennis J. Wade, Jerry D. Wade, Nelson L. Wallace,** and **Untwan L. Wallace**, did knowingly, intentionally and unlawfully combine, conspire, confederate, and agree together, and with persons known and unknown to the Grand Jury, to distribute and dispense hydrocodone, a Schedule III controlled substance, outside the scope of professional practice and not with a legitimate medical purpose, in violation of 21 U.S.C. § 841(a)(1) and (b)(1)(E)(i).

In violation of 21 U.S.C § 846.

<u>Count Two</u>
Unlawful Distribution of Controlled Substances; Aiding and Abetting
(Violation of 21 U.S.C. § 841(a)(1) and 18 U.S.C. § 2)

On or about the date set forth below, in the Dallas Division of the Northern District of Texas, and elsewhere, the defendants, **Nicolas A. Padron** and **Lisa L. Hollier**, authorized to dispense controlled substances, aiding and abetting each other, knowingly and intentionally distributed and dispensed hydrocodone, a Schedule III controlled substance, outside the scope of professional practice and not for a legitimate medical purpose.

| Count | Date of Distribution | Patient | Controlled Substance | Units |
| --- | --- | --- | --- | --- |
| Two | December 21, 2011 | C.S. | Hydrocodone | 120 |

In violation of 21 U.S.C. § 841(a)(1) and (b)(1)(E)(i), and 18 U.S.C. § 2.

## Forfeiture Notice
## (21 U.S.C. § 853(a))

Upon conviction for either of the offenses alleged in Counts One and Two of this Indictment, the defendants, **Nicolas A. Padron, Jose L. Martinez, Lisa L. Hollier, Joesephis Austin, Allen C. Burkins, Jr., Patricia A. Bryant, Quincy C. Hampton, Mardesy D. Henderson, Walter R. Hudspeth, Leroy Johnson, Alicia W. Smith, Stephanie E. Stokely, Darryl K. Taylor, Dennis J. Wade, Jerry D. Wade, Nelson L. Wallace,** and **Untwan L. Wallace,** shall forfeit to the United States all property, real or personal, constituting, or derived from, the proceeds obtained, directly or indirectly, as a result of the respective offense; and any property, real or personal, used or intended to be used, in any manner or part, to commit or to facilitate the commission of the respective offense. This property includes, but is not limited to, the following:

1. The total proceeds obtained, directly or indirectly, as a result of the offense (commonly referred to as a "money judgment").
   [sought from all defendants]

2. The 2008 Chaparral Boat, HIN FGBG3212A808, with a 2008 Mercruiser motor and the 2008 Loadmaster Trailer, VIN 4YPAB18248T047312.
   [sought from Nicolas A. Padron]

3. $17,165.81 in funds seized from Account #XXXXXXXX8899 in the name of Nick A. Padron, dba Padron Wellness Clinic, at Bank of America, Irving, Texas.
   [sought from Nicolas A. Padron]

4. $114,039.19 in funds seized from Account #XXXXXXXX8662 in the name of Nick A. Padron at Bank of America, Irving, Texas.
   [sought from Nicolas A. Padron]

5. $51,760.03 in funds seized from Account #XXXXXXXX3224 in the name of Nick A. Padron & Zoe Q. Padron at Bank of America, Irving, Texas.
[sought from Nicolas A. Padron]

6. 2009 BMW X5 SUV, VIN 5UXFE43549L266741.
[sought from Nicolas A. Padron]

7. 2011 GMC Sierra SLE 4 Door Extended Cab Truck, VIN 1GTR1VE04BZ146748.
[sought from Nicolas A. Padron]

8. $6,831.89 in funds seized from Account #XXXXXXXX7532 in the name of Padron Wellness Clinic TP LLC at Bank of America, Irving, Texas.
[sought from Nicolas A. Padron]

9. $15,727.09 in funds seized from Account #XXXXX9469 in the name of Nick Padron at JP Morgan Chase Bank, Dallas, Texas.
[sought from Nicolas A. Padron]

10. All funds in Account #XXX-XX1054 in the name of Nicolas Padron at TD Ameritrade, Omaha, Nebraska.
[sought from Nicolas A. Padron]

11. All funds in Account #XXX-XX9043 in the name of Nicolas Padron at TD Ameritrade, Omaha, Nebraska.
[sought from Nicolas A. Padron]

12. $154,648.00 in U.S. currency seized on January 5, 2012 from 2722 Oak Point Drive, Garland, Texas.
[sought from Nicolas A. Padron]

13. $3,588.00 in U.S. currency seized on January 5, 2012 from Padron Wellness Clinic, Dallas, Texas.
[sought from Nicolas A. Padron]

14. $1,952.00 in U.S. currency seized on January 5, 2012 from a 2006 Nissan Altima registered to Nicolas A. Padron.
[sought from Nicolas A. Padron]

15. The real property located at 2722 Oak Point Drive, Garland, Dallas County, Texas, and more specifically described as Lot 34, Block 9, of Oakridge No. 11, an Addition to the City of Garland, Dallas County, Texas, according to the Plat

thereof recorded in Volume 84136, Page 4096, of the Map Records, Dallas County, Texas.
[sought from Nicolas A. Padron]

A TRUE BILL

*Beth P. Bowman*
FOREPERSON

SARAH R. SALDAÑA
UNITED STATES ATTORNEY

*/s/ Katherine E. Pfeifle*
KATHERINE E. PFEIFLE
Assistant United States Attorney
Texas State Bar No. 24041912
1100 Commerce Street, Third Floor
Dallas, Texas 75242-1699
Telephone:   214.659.8600
Facsimile:   214.659.8805
Email:       katherine.pfeifle@usdoj.gov

*/s/* 00796455
for JASON SCHALL
Assistant United States Attorney
Texas State Bar No. 24051295
1100 Commerce Street, Third Floor
Dallas, Texas 75242-1699
Telephone:   214.659.8600
Facsimile:   214.659.8805
Email:       jason.schall@usdoj.gov

*/s/*
JOHN J. DELAGARZA III
Assistant United States Attorney
Texas State Bar No. 00796455
1100 Commerce Street, Third Floor
Dallas, Texas 75242-1699
Telephone:   214.659.8600
Facsimile:   214.659.8805
Email:       john.delagarza@usdoj.gov

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

THE UNITED STATES OF AMERICA

v.

NICOLAS A. PADRON
JOSE L. MARTINEZ
LISA L. HOLLIER
JOESEPHIS AUSTIN
ALLEN C. BURKINS, JR.
PATRICIA A. BRYANT
QUINCY C. HAMPTON
MARDESY D. HENDERSON
WALTER R. HUDSPETH
LEROY JOHNSON
ALICIA W. SMITH
STEPHANIE E. STOKELY
DARRYL K. TAYLOR
DENNIS J. WADE
JERRY D. WADE
NELSON L. WALLACE
UNTWAN L. WALLACE

SEALED SUPERSEDING INDICTMENT

21 U.S.C. § 846 (21 U.S.C. § 841)
Conspiracy to Unlawfully Distribute Controlled Substances

21 U.S.C. § 841(a)(1) and 18 U.S.C. § 2
Unlawfully Distribution of Controlled Substances;
Aiding and Abetting

21 U.S.C. § 853(a)
Forfeiture Notice

2 Counts

A true bill rendered

_____  *Beth L. Bowman*
FORT WORTH                                              FOREPERSON

Filed in open court this __14th__ day of November 2012

-------------------------------------------------------------------------
_____  Clerk

**In Custody- NICOLAS A. PADRON**
**On Bond – JOSE L. MARTINEZ and LISA L. HOLLIER**
**Issue Arrest Warrant for the following:**
**JOESEPHIS AUSTIN, ALLEN BURKINS, JR., PATRICIA A. BRYANT**
**QUINCY C. HAMPTON, MARDESY D. HENDERSON, WALTER R. HUDSPETH**
**LEROY JOHNSON, ALICIA W. SMITH, STEPHANIE E. STOKELY,**
**DARRYL K. TAYLOR, DENNIS J. WADE, JERRY D. WADE, NELSON L. WALLACE**
**and UNTWAN L. WALLACE**

_____
U.S. MAGISTRATE COURT JUDGE
(Magistrate Court Number:
Criminal Complaint: 3:12-MJ-264-BH
Criminal No. 3:12-CR-211-M)