IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

```
U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED

    SEP 10 2013

CLERK, U.S. DISTRICT COURT
By_____
              Deputy
```

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| VS. | ) | CASE NO.: 3:12-CR-211-M (01) |
| | ) | |
| NICOLAS A. PADRON | ) | |

## REPORT AND RECOMMENDATION
## CONCERNING PLEA OF GUILTY

NICOLAS A. PADRON, by consent, under authority of United States v. Dees, 125 F.3d 261

(5th Cir. 1997), has appeared before me pursuant to Fed. R. Crim.P. 11, and has entered a plea of

guilty to Count(s) 1 of the superseding Indictment. After cautioning and examining NICOLAS A.

PADRON under oath concerning each of the subjects mentioned in Rule 11, I determined that the

guilty plea was knowledgeable and voluntary and that the offense(s) charged is supported by an

independent basis in fact containing each of the essential elements of such offense. I therefore

recommend that the plea of guilty, and the plea agreement, be accepted, and that NICOLAS A.

PADRON be adjudged guilty and have sentence imposed accordingly.

Date: September 10, 2013

_____
PAUL D. STICKNEY
UNITED STATES MAGISTRATE JUDGE

## NOTICE

Failure to file written objections to this Report and Recommendation within ten (10) days
from the date of its service shall bar an aggrieved party from attacking such Report and
Recommendation before the assigned United States District Judge. 28 U.S.C. §636(b)(1)(B).