IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | No. 3:12-CR-211-M (01) |
| | ) | |
| NICOLAS A. PADRON | ) | |

## ORDER ACCEPTING FINDINGS, CONCLUSIONS AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

United States Magistrate Judge Paul D. Stickney made Findings, Conclusions and a Recommendation in this case. No objections were filed. The District Court reviewed the proposed Findings, Conclusions and Recommendation for plain error. Finding none, the Court accepts the Findings, Conclusions and Recommendation of the United States Magistrate Judge.

Defendant's Motion to Set Aside Seizure and Forfeiture of Untainted Assets is DENIED. The Clerk's Office is directed to open a new civil action, file this motion in that action (nature of suit 540), and terminate the motion in the criminal case.

SO ORDERED this 20 day of June, 2017.

BARBARA M. G. LYNN
CHIEF JUDGE